UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Julie Kirkpatrick v. Bayer Corporation, et al.* | No. 3:11-cv-13468-DRH-PMF |
| *Elizabeth Jackson, et al. v. Bayer Schering Pharma AG, et al.* | No. 3:10-cv-12366-DRH-PMF |
| *Alexandria Beasley v. Bayer Corporation, et al.* | No. 3:10-cv-20428-DRH-PMF |
| *Deanna Caropolo v. Bayer Corporation, et al.* | No. 3:10-cv-20462-DRH-PMF |
| *Janine McGriff v. Bayer Corporation, et al.* | No. 3:12-cv-20070-DRH-PMF |
| *Jessi Williams v. Bayer Corporation, et al.* | No. 3:10-cv-10878-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 23, 2016, the above captioned cases are

**DISMISSED** with prejudice. Each party shall bear their own costs.

                                 **JUSTINE FLANAGAN,**
                                 **ACTING CLERK OF COURT**

                                 **BY:** _/s/*Caitlin Fischer*_
                                       **Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.07.01
12:26:02 -05'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT